UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAHEEM RASHEED ABUBARDAR,  *
             *
    Petitioner,    *
             *
  v.         *    Civil Action  No. 12-11163-JLT
             *
GARY RODEN,      *
             *
    Respondent.   *

ORDER

March 12, 2013

TAURO, J.


   This court ACCEPTS and ADOPTS the February 21, 2013 Report and Recommendation

[#20] of Chief Magistrate Judge Sorokin.  For the reasons set forth in the Report and

Recommendation, this court hereby orders that Respondent's Motion to Dismiss [#10] is

ALLOWED.  THIS CASE IS CLOSED.



IT IS SO ORDERED.


           ___/s/ Joseph L. Tauro____
           United States District Judge